UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GHAZALA SIDDIQUI and MASOOD SIDDIQUI, Individually, and as Personal Representatives of the Estate of RAHEEL SIDDIQUI, Deceased.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) Case No.: 2:17CV13351 AJT DRG<br>)<br>) **DECLARATION OF CINDY V. GRUBB**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

I, Cindy V. Grubb, declare:

1. Unless noted that my knowledge is based on information and belief, the matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

2. From October 2002 through June 2008, I was the Operations Chief for the Casualty Section, Headquarters, U.S. Marine Corps, as an active duty service member. In June 2008, I retired from active duty service and in November 2008 I began working as the Head of Case Management for the Casualty Section. In both the Operations Chief and Head of Case Management roles, I have been involved in Marine Corps casualty assistance, to include direct contact with the Casualty Assistance Calls Officers, and have firsthand knowledge of the benefits and entitlements paid out to next of kin as well as the Marine Corps systems which track such information. As the Head of Case Management, I have a managerial role in casualty assistance and I oversee all benefits and entitlements paid out to next of kin. With the exception of the months of July through October 2008 after my retirement, I have worked in the Casualty Section since 2002.

3. Attached hereto as **Exhibit A** is a true and correct redacted copy of the Casualty Status Report for Private Raheel Siddiqui. The Casualty Status Report is a report generated by our computer systems which serves as an overview of the case. I have worked with Casualty Status Reports since 2002 and

1  have firsthand knowledge of these types of reports and this particular report for Private Raheel Siddiqui.

2      4. Attached hereto as **Exhibit B** is a true and correct redacted copy of the Casualty Assistance Calls Officer Report for Private Raheel Siddiqui. The Casualty Assistance Calls Officer Report is a more detailed assessment of the assistance provided by the U.S. Marine Corps to the next of kin of a casualty. The Casualty Assistance Calls Officer Report is updated by any member of the Casualty Section or by the Casualty Assistance Calls Officer regularly as the information is received. It details the contact with family members, the entitlements paid out by the U.S. Marine Corps, and includes any other pertinent information relative to a particular case. I have worked with Casualty Assistance Calls Officer Reports since 2002 and have firsthand knowledge of these types of reports and this particular report for Private Raheel Siddiqui. It should be noted that the report has been approved and forwarded the Siddiqui family representative for review and signature. This signature only agrees to the casualty assistance provided by the casualty assistance calls officer (CACO). To this date the CACO has yet to receive the signed copy of the casualty assistance calls officer report from the family representative.

    5. As noted in Exhibits A and B, Private Raheel Siddiqui's family received a variety of benefits and assistance relating to his death, including but not limited to a death gratuity of $100,000, life insurance in the amount of $400,142.04.32, and funeral expenses.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on December 14, 2017 at Marine Corps Base, Quantico, Virginia.

*[signature]*
CINDY V. GRUBB

DECLARATION OF CINDY V. GRUBB
Case No.:

2

RCS: DAPCX-543     FOR OFFICIAL USE ONLY     PCN: ZL9-CR1

# CASUALTY STATUS REPORT

Case Nr: 581782    Name: Siddiqui, Raheel    DoD ID:    Service: United States Marine Corps

## TRACKING INFORMATION

Report Dt/Tm: 2016/03/18 05:45    OPS Interim Dt/Tm: 2016/03/25 07:52    OPS Closed Dt: 2017/02/28
Received Dt/Tm: 2016/03/18 21:38    COD Closed Dt:

## PERSONAL INFORMATION

Sex: Male    Religion: Islam
Race: Asian    Ethnic Group: Other
DOB: 1995/12/15    POB: Dearborn, MI    HOR: Taylor, MI

**Casualty's Marital Status**    **Effective Date**    **Parent's Information**
Never Married     Marital Status: N/A    Status Date:
    Cust of Service Member:    Div Decree Date:

## NOK SUMMARY INFORMATION

| Name | Nok Nr. | SUC | DOB | Relation | Notif Date/Time | Deceased? | Dth Gratuity Amount Paid | Date Paid |
|---|---|---|---|---|---|---|---|---|
| Siddiqui, Masood M  Taylor, MI 48180 | 1 | P | | Father | 2016/03/18 21:15 | Living | $50000.00 | 2016/03/25 |
| Siddiqui, Ghazala T  Taylor, MI 48180 | 2 | S | | Mother | 2016/03/18 19:10 | Living | $50000.00 | 2016/03/25 |

## DEATH GRATUITY REMARKS

DG sent to DFAS 22 Mar 16...ETV

DG DOV 0092536 $50000.00 03/25/2016 GHAZALA

DG DOV 0092535 $50000.00 03/25/2016 MASOOD

## AO INFORMATION

| Name | Grade of Rank | Organization/Unit | Contact Informaton | |
|---|---|---|---|---|
| Parrish, Wilmer E. III  ( NOK Nrs: 1,2 ) | GySgt. | I&I Detroit, MI | Cell Phone: | 443-803-2869 |
| | | | Other: | SgtMaj. Gregory, Joseph S., work: 586- |

Page 1 of 5     Printed On 12/14/2017 11:21:02 AM

RCS: DAPCX-543                    **FOR OFFICIAL USE ONLY**                    PCN: ZL9-CR1

# CASUALTY STATUS REPORT

Case Nr: 581782    Name: Siddiqui, Raheel    DoD ID:    Service: United States Marine Corps

Unit:   I-I STF 1stBn, 24th Mar, 4th MarDiv, Selfridge ANGB, MI

Email Address:   239-6019

Duty Phone:   Work:

RCS: DAPCX-543     FOR OFFICIAL USE ONLY     PCN: ZL9-CR1

## CASUALTY STATUS REPORT

Case Nr: 581782    Name: Siddiqui, Raheel    DoD ID:    Service: United States Marine Corps

### CASUALTY INFORMATION

Conflict Type:
Operation Incident:
Multi Cas Event:
Event Type:
Personnel Type: Regular    Affiliation: Active Duty    Category: Obligated/Voluntary Service
CAC/BASE:    Incident Type: Nonhostile
Casualty Status: Deceased    Cas Category: Self-Inflicted    Dod Grp: NDS
Inflicting Force:    TNG/Duty: No
Reason: Multiple Trauma

| Incident Data/Time | Place | Death Date/Time | Place |
|---|---|---|---|
| 2016/03/18 05:45 | Parris Island, SC | 2016/03/18 10:06 | Parris Island, SC |

Vehicle Group:
Vehicle:
Armor Level:
Position in Vehicle:    Vehicle Ownership:
Date DD93 Prepared:    Date Reviewed:    Body Rcvrd: Yes
Treatment Facility Type: Died Outside A Medical Treatment Facility

### CASUALTY TEXT INFORMATION

CIRCUMSTANCES: Determination Pending: Result of injuries received due to falling from a third story building.

RCS: DAPCX-543  **FOR OFFICIAL USE ONLY**  PCN: ZL9-CR1

## CASUALTY STATUS REPORT

Case Nr: 581782  Name: Siddiqui, Raheel  DoD ID:  Service: United States Marine Corps

**SERVICE MEMBER INFORMATION**
Rank: PVT  Service: United States Marine Corps
Grade: E01  Component: Regular
PMOS: 8011  DMOS: 8011  Basic Branch:
CMF:
Unit: Rct Admin Ctr/Eastern Rct Reg, MCRD, Parris Island, SC
Higher Command:
Duty Status: DTY  Start Dt:  End Dt:  UIC/PAS: 32092
PEBD: 2016/03/07  BASD/ADBD: 2015/07/08  Basic Pay:

**RESERVE TRAINING DATES:**
Traing Type:  Trng Start Dt:  Trng End Dt:

**POSTHUMOUS PROMOTION INFORMATION**
| Date Recommended For Promotion | Rank Recommended | Posthumous Promotion Rank | Higher Rank Held |
|---|---|---|---|

RCS: DAPCX-543      **FOR OFFICIAL USE ONLY**      PCN: ZL9-CR1

## CASUALTY STATUS REPORT

Case Nr: 581782      Name: Siddiqui, Raheel      DoD ID:      Service: United States Marine Corps

---

**PERSONAL PROTECTIVE EQUIPMENT**

No Data Found

## CASUALTY ASSISTANCE CALLS REPORT (1770)
## PVT SIDDIQUI, RAHEEL

| | | |
|---|---|---|
| Date: | 03/24/2016 0609 | |
| From: | GYSGT WILMER PARRISH III, USMC | |
| Phone: | | |
| To: | Headquarters Marine Corps<br>Manpower and Reserve Affairs (MFPC)<br>2008 Elliot Road, Quantico, VA 22134-5030 | |

| | | |
|---|---|---|
| Subject: | PVT Raheel Siddiqui, USMC | |
| NOK Assisted: | Siddiqui, Masood M. (Father) | |
| Ref: | (a) MCO 3040.4 (MARCORCASPROCMAN) | |

1. In compliance with the above reference, the following report is submitted:

| | | |
|---|---|---|
| A. | Time and date CACO was notified of the casualty | 03/18/2016 1418 |
| | 1418 - 03/18/2016 | |
| B. | Date CACO notified Next of Kin (NOK) | 03/18/2016 |
| | 03/18/2016 | |
| | Was a chaplain part of the notification team? | No |
| | Did you provide the NOK with a business card with 24/7 contact numbers? | Yes |
| C. | Date briefed on CACO duties and responsibilities | 03/18/2016 |
| | 03/19/2016 | |
| D. | Death gratuity payment | |
| | Applied For | 03/22/2016 |
| | Mother 50% beneficiary of DG<br>Father 50% beneficiary of DG...cvg<br>DG sent to DFAS 22 Mar 16...ETV | |
| | Received | 03/28/2016 |
| | DFAS EFT payment of $50,000.00 each...cvg<br>DOV Ghazula 0092536; DOV Masood 0092535...SIP | |
| | Is the beneficiary a minor? | No |
| | If Yes: | |
| | Is a Loco Parentis affadavit required? | No |
| | Date natural guardian affidavit sent to HQMC casualty | |
| | Date appointment of legal guardianship sent to HQMC casualty | |
| E. | Disclosure Form | |
| | Date Signed by NOK | 03/19/2016 |
| | 03/19/2016 | |
| | Date sent to HQMC Casualty | 03/19/2016 |
| | Parents have consented to the release of their personal information...cvg | |
| F. | Date Casualty Assistance Package delivered | 03/25/2016 |
| | 03/25/2016 | |
| | Delivered DoD's "A Survivor's Guide to Benefits" | Yes |
| | Delivered "The Days Ahead - Essential Papers for Families of Fallen Service Members" Binder | Yes |
| | Date Reviewed "The Days Ahead" Binder with the Next of Kin (As the CACO, you are required to review the Days Ahead Binder with the next of kin, filing all claim forms and reference materials appropriately for future reference): | 03/25/2016 |
| | 03/30/2016 | |
| | Delivered DD Form 1300 (Report of Casualty) to NOK | Yes |
| | Delivered the Gold Star Lapel Button/Lapel Button for Next of Kin of Deceased Personnel | Yes |

|   |   |   |
|---|---|---|
|   | Date Appointment Letter Signed and Returned to HQMC 03/28/2016 | 03/28/2016 |
| G. | NOK/Beneficiary's current and future address |  |
| H. | Date CACO briefed on disposition / mortuary benefits 03/19/2016 | 03/19/2016 |
| I. | Date PADD briefed on disposition / mortuary benefits Mother designated as the PADD...cvg | 03/19/2016 |
| J. | Date reimbursed for funeral or interment expenses | 04/26/2016 |
|   | There are $4,010.00 in Mortuary funds remaining. These funds can be used up to two years from SNM's date of death. Please speak with a HQMC Mortuary Rep for specific details...cvg |  |
| K. | Government headstone or marker |  |
|   | Applied for FAMILY DID NOT WANT GOVERNMENT HEADSTONE/MARKER | N/A |
|   | Date Placed N/A | N/A |
| L. | Burial Flag Case |  |
|   | Applied For | 03/22/2016 |
|   | Date Delivered | 06/28/2017 |
|   | Delivered |  |
| M. | Floral tribute |  |
|   | Applied for THE FAMILY DID NOT WANT FLOWERS. |  |
|   | Date florist received payment N/A |  |
| N. | Utilized Invitational Travel Orders (ITO) | Yes |
|   | Funeral was within local commuting distance to the NOK. |  |
|   | Travel to Dignified Transfer |  |
|   | Date DD1351-2/EFT submitted to ITO Section | N/A |
|   | Date Travel Claim settled | N/A |
|   | Travel to Burial |  |
|   | Date DD1351-2/EFT submitted to ITO Section | N/A |
|   | Date Travel Claim settled | N/A |
| O. | Name and address of cemetery | WOODMERE CEMETARY 9400 W. FORT STREET DETROIT MI 48209 |
| P. | Unit providing funeral honors (include number of personnel participated) | I&I STAFF 1ST BATTALION 24TH MARINES SELFRIDGE MI 48045 |
|   |   | 4 MARINES PARTICIPATED AS WELL AS 4 LOCAL POLICE PERSONELL |
| Q. | Escort (rank, name, unit and telephone number) | SSGT PEARSON RECRUIT TRAINING REGIMENT (717) 419 - 6449 |
| R. | Received civil/overseas death certificate (for CONUS deaths, fax copy of final civil death certificate or final autopsy report with the final manner and cause of death to 703-784-4134 | Yes |
| S. | Servicemembers' Group Life Insurance (SGLI) |  |
|   | Applied for | 04/06/2016 |
|   | Mother designated as 100% beneficiary...SIP Sent SGLI cert to OSGLI 23 Mar 16...TDZ SGLV 8283 sent to OSGLI 6 Apr 16...SIP |  |
|   | Received | 04/12/2016 |
|   | EFT issued to mother for $400,142.04...SIP |  |
|   | Is the beneficiary a minor? | No |
|   | If Yes: |  |
|   | Is a loco parentis affidavit required? | No |

| | | |
|---|---|---|
| | Date natural guardian affidavit sent to HQMC casualty | |
| | Date appointment of legal guardianship sent to HQMC casualty | |
| T. | Briefed on SGLI | Yes |
| U. | Was Beneficiary Financial Counseling Services (BFCS) information provided to SGLI beneficiary? | Yes |
| V. | FSGLI | N/A |
| | Briefed on option to transfer | N/A |
| | Applied for (Active Duty Spouse and/or child) | N/A |
| | Received On | N/A |
| W. | Arrears of Pay (AP) | |
| | Applied For | 04/06/2016 |
| | Mother and Father are 50% beneficiaries each. SF 1174 sent to DFAS 6 Apr 16 (Mother + Father)...SIP Claim form submitted...SIP | |
| | Received | 11/08/2016 |
| | DFAS EFT payment of $150.00 each. DOV 0147805 Ghazala DOV 0147804 Masood | |
| X. | Received final LES from DFAS | Yes |
| Y. | Date Basic Allowance for Housing (BAH) received | N/A |
| Z. | Survivor Benefit Plan (SBP) | N/A |
| | Applied For | N/A |
| | Received | N/A |
| AA. | Thrift Savings Plan (TSP) | |
| | Applied For | |
| | SNM did not apply for TSP. | |
| | Received | |
| BB. | Social Security benefits | N/A |
| | Applied For | N/A |
| | Received | N/A |
| CC. | Date Counseled by the Department of Veterans Affairs (DVA) on survivor benefits | 06/29/2016 |
| | The family physically went to the DVA regional office. | |
| | MGIB / VEAP refund | |
| | Applied For | N/A |
| | SNM did not contribute...CRS | |
| | Received | N/A |
| | Dependency and Indemnity Compensation (DIC) | |
| | Applied For | N/A |
| | Parent's may rate Parental DIC. Please ensure VA representative briefs this benefit and verifies eligibility...CRS | |
| | Received | N/A |
| | DVA spoke with the family and they do not rate this benefit. | |
| | Survivors' and Dependents' Education Assistance (DEA) briefed | Yes |
| | Briefed on eligibility for Fry Scholarship | N/A |
| | Briefed on availability of bereavement counseling | Yes |
| | Briefed on civil service job preference | N/A |
| | Presidential Memorial Certificate (PMC) | |
| | Applied For | 08/15/2017 |
| | Date Delivered | 02/05/2018 |
| DD. | Marine Corps - Law Enforcement Foundation (MC-LEF) Educational Bond | N/A |
| | Applied For | N/A |
| | Date Delivered | N/A |
| EE. | Briefed on Marine Corps Scholarship Foundation Information | N/A |
| FF. | Briefed on possible need to establish separate bank accounts | N/A |
| GG. | Date NOK was briefed on investigations being conducted | 03/18/2016 |
| | Date Latest Supplemental PCR briefed | 05/25/2017 |

PVT Siddiqui, Raheel                                                  3 of 4

CI Closed. NOK was provided a copy of Command Investigation via Briefing team.

**Command Investigation/LODD**
    Date Requested      03/30/2016
    Date Delivered      09/08/2016
    CI Closed. NOK was provided a copy of Command Investigation via Briefing team.

**NCIS**
    Date Requested      03/30/2016
    20170630: NCIS investigation is pending redaction...cvg
    Date Delivered

**Safety**
    Date Requested      N/A
    Date Delivered      N/A

**Autopsy**
    Date Requested      05/17/2016
    5/17/2016  The family sent the request.
    Date Delivered      07/12/2016

| | | |
|---|---|---|
| HH. | Applied for bonds purchased through allotments by deceased service member | N/A |
| II. | Briefed on mail handling procedures | Yes |
| JJ. | Received new Uniformed Services Identification and Privilege Card (ID Card) | N/A |
| KK. | Briefed on Tricare | N/A |
| | Medical | N/A |
| | Dental plan | N/A |
| LL. | Date Personal Effects delivered to the Personal Eligible to Receive Effects (PERE) | 03/28/2016 |
| | 03/28/2016 | |
| MM. | Counseled on final government move | N/A |
| | Household goods including POV | N/A |
| | Survivor/family member travel | N/A |
| | Date Unit Funded Orders issued to NOK | N/A |
| | Date DD1351-2/EFT submitted to IPAC | N/A |
| | Date Travel Claim Settled | N/A |
| NN. | Briefed on availability of financial counseling | Yes |
| OO. | Briefed on services available through MCCS | N/A |
| PP. | Briefed on availability of legal assistance to include federal and state income tax implications | Yes |
| QQ. | Provided assistance with commercial life insurance | N/A |
| RR. | Did the service member have a will? | No |
| SS. | Reviewed listing of benevolent and philanthropic agencies with NOK and provided assistance in application process | Yes |
| TT. | Applied for posthumous citizenship? | N/A |
| UU. | Please provide additional comments, observations, and recommendations: | |
| | Were you provided sufficient time and support from your command to complete your casualty assistance duties? | Yes |
| | Were there any special requests made by the NOK? | The family wanted autopsy report. Mother requested a personal diary and SSN Card. Contacted RTR and all personal affects have been sent. |
| | What worked well for you during this CACO call? | |
| | What (if anything) needs to be changed or looked into for improving the overall CACO process? | |

Casualty Assistance Calls Officer Signature: _____    DATE: _____

Next of Kin Signature: _____    DATE: _____