UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

G<small>HAZALA</small> S<small>IDDIQUI</small>, <small>ET AL</small>.,

    Plaintiffs,

v.

U<small>NITED</small> S<small>TATES OF</small> A<small>MERICA</small>,

    Defendant.
_____/

Case No. 17-13351

S<small>ENIOR</small> U.S. D<small>ISTRICT</small> J<small>UDGE</small>
A<small>RTHUR</small> J. T<small>ARNOW</small>

U.S. M<small>AGISTRATE</small> J<small>UDGE</small>
D<small>AVID</small> R. G<small>RAND</small>

**O<small>RDER</small> S<small>ETTING</small> D<small>EADLINES</small>**

Plaintiffs Ghazala and Masood Siddiqui filed their Complaint [Dkt. 1] on October 13, 2017. The United States filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction [8] on December 15, 2017. A hearing on the motion took place on April 26, 2018.

As discussed at the hearing, the Court gives Plaintiffs leave to file an amended complaint. The United States may respond to the amended complaint within 21 days of its filing. The Court strongly encourages the parties to continue to communicate and work together to resolve this case.

Accordingly,

**IT IS ORDERED** that, if Plaintiffs seek to file an amended complaint, they will do so on or before **Tuesday, May 29, 2018**.

**IT IS FURTHER ORDERED** that, if the United States wishes to respond to the amended complaint, it will do so within 21 days of its filing.

**SO ORDERED**.

Dated: April 27, 2018

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge