UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GHAZALA SIDDIQUI, ET AL.,

        Plaintiffs,

v.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 17-13351

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
DAVID R. GRAND

_____/

**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS [8]**

Plaintiffs filed the Complaint [Dkt. 1] in this case on October 13, 2017. Defendant filed a Motion to Dismiss [8] on December 15, 2017.

At the April 26, 2018 hearing on the Motion to Dismiss, the Court directed Plaintiffs to file an amended complaint and informed Defendant that it would be allowed to file a response to said complaint. Plaintiffs filed the Amended Complaint [13] on May 29, 2018. Defendant filed a second Motion to Dismiss [14] on June 19, 2018. This motion is intended to replace the original motion to dismiss. Accordingly,

**IT IS ORDERED** that the Defendant's December 15, 2017 Motion to Dismiss [8] is **DENIED AS MOOT**.

**SO ORDERED**.

                                      s/Arthur J. Tarnow
                                      Arthur J. Tarnow
Dated: June 27, 2018          Senior United States District Judge