UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GHAZALA SIDDIQUI, ET AL.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.

Case No. 17-13351

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE DAVID R.
GRAND

_____/

**ORDER DIRECTING PLAINTIFFS TO RESPOND TO DEFENDANT'S MOTION TO DISMISS [14] AND SCHEDULING A STATUS CONFERENCE**

Plaintiffs Ghazala and Masood Siddiqui filed their Complaint [Dkt. 1] on October 13, 2017. The United States filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction [8] on December 15, 2017. A hearing on the motion took place on April 26, 2018.

Plaintiffs filed an Amended Complaint [13] on May 29, 2018. Defendant filed its updated Motion to Dismiss [14] on June 19, 2018.

Pursuant to Local Rules 7.1(c)(1) and 7.1(e)(1)(B), a party opposing a dispositive motion must file a response within 21 days after service of the motion.

Over 21 days have passed since the filing of Defendant's aforementioned motion, and Plaintiffs have not yet filed a response. Accordingly,

**IT IS ORDERED** that Plaintiffs will file a response to Defendant's Motion to Dismiss [14] by close of business on **Monday, July 23, 2018**.

**IT IS FURTHER ORDERED** that counsel for the parties shall meet with the Court for a status conference at **11:30 AM on Thursday, July 26, 2018**.

**SO ORDERED**.

Dated: 7/11/2018

/s/Arthur J. Tarnow_____
Arthur J. Tarnow
Senior United States District Judge

### Certificate of Service

I hereby certify that this Order was electronically submitted on July 11, 2018, using the CM/ECF system, which will send notification to each party.

s/A. Chubb_____
Case Manager