UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GHAZALA SIDDIQUI, ET AL.,

        Plaintiff(s),

v.

UNITED STATES OF AMERICA

        Defendant(s).
_____/

Case No. 17-13351

Judge Arthur J. Tarnow

Magistrate Judge David R. Grand

## NOTICE OF APPEAL

Notice is hereby given that GHAZALA SIDDIQUI, ET AL., appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment  ☑ Order

☐ Other: _____

entered in this action on November 27, 2018.

Date: December 10, 2018

Counsel is: RETAINED

P78359
THE SHIRAZ LAW FIRM, PLLC.
20245 W. 12 MILE ROAD
SUITE 215
SOUTHFIELD, MICHIGAN 48076
(248) 419-0678
INFO@SHIRAZLAWFIRM.COM

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.

## CERTIFICATION OF SERVICE

I hereby certify that on December 10, 2018, I electronically filed the NOTICE OF APPEAL with the Clerk of the Court using the ECF system, which will send notification of such filing to the following and all registered participants therein:

Zak Toomey (MO61618)
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI. 48226
(313) 226-9617
zak.toomey@usdoj.gov

    Respectfully submitted,

    By: */s/ SHIRAZ K. KHAN*
    SHIRAZ K. KHAN (P78359)
    THE SHIRAZ LAW FIRM, PLLC.
    20245 W. 12 Mile Rd., Suite 215
    Southfield, MI. 48076
    Telephone: (248) 419-0678
    Fax: (248) 817-4833
    Email: info@shirazlawfirm.com
    Attorney for Plaintiffs

Dated: December 10, 2018