# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

March 23, 2020

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Mar 24, 2020
DEBORAH S. HUNT, Clerk

Re: Ghazala Siddiqui, et vir., Individually and as Personal
Representatives of the Estate of Raheel Siddiqui, Deceased
v. United States
No. 19-913
(Your No. 18-2415)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk